ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Estate of CHARLES ROSENBERG, Deceased. In the Matter of the Petition of STANLEY J. MAYER and RICHARD MAYER, Infants, etc., by FRED MAYER, Their Special Guardian and General Guardian, to Vacate and Declare Void All Proceedings, Orders and Decrees Made by Former Surrogate J. H. TIERNAN, Including Final Decree, Dated February 3, 1922, and Modification Thereof. FRED MAYER, as Special Guardian, etc., and Others, Appellants; MORTON ROSENBERG and DOROTHY R. HYAMS, Executors and Trustees of the Estate of CHARLES ROSENBERG, Deceased, and Others, Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

GEORGE KONTZAMANYS, Respondent, v. TILLIE COHEN, as Administratrix, etc., and Another, Defendants, and TILLIE COHEN, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ERNEST LIKAY, as Administrator, etc., of MARGARET LIKAY, Deceased, Respondent, v. ARNOLD GOTTESMAN, BERNATH WEISS and OTTO GITLIN, Appellants. (Appeal No. 1.) — Motion for reargument granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ. [See ante, p. 820.] On reargument, order appealed from reversed on the law and the facts, without costs, and plaintiff's motion to punish for contempt of court denied without prejudice to renewal. The Special Term was without power to punish defendants for contempt by fine or imprisonment without proof of personal service of the order directing discovery and inspection. On further consideration we think the answers of the defendants should not be struck out. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

WILLIAM OLKIN, Appellant, v. HENRY KRECKMAN and ANNA KRECKMAN, His Wife, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JOHN A. RENNIE, Respondent, v. C. E. SHEPPARD Co., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

PHILIP ROSENKRANTZ, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SCHULZ & SETLEIS, INC., Respondent, v. JAMES J. DOWNEY and WILLIAM F. MURTHA, Copartners, etc., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DAVID SEGALL, Respondent, v. JACOB GREENFIELD and ROSIE GREENFIELD, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY Co., INC., Who May Come into the Action, Respondent, v. SAMFRED